IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT D. KORNAGAY,
    Plaintiff,

vs.                                    Case No. 3:11cv428/LAC/EMT

SERGEANT GIVEN, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 24, 2014 (doc. 131).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of the objections filed.

    Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The motion for summary judgment filed by Defendants (doc. 102) is **GRANTED IN PART AND DENIED IN PART AS FOLLOWS:**

    a.    The motion is **DENIED** with respect to Plaintiff's failure-to-protect claim against Defendants Given, Slattery, Weekly, Fenner, and Smith.

    b.    The motion is **DENIED** with respect to Plaintiff's retaliation claim against Defendant Given.

   c. The motion is **GRANTED** with respect to Plaintiff's medical claim against Defendants Given, Williams, Slattery, Johnson, Roberts, and Nolan.  As no claims remain against Defendants Williams, Johnson, Roberts, and Nolan, these Defendants are **DISMISSED** from this action.

  **DONE AND ORDERED** this 24th day of March, 2014.


            s/*L.A. Collier*
            **LACEY A. COLLIER**
            **SENIOR UNITED STATES DISTRICT JUDGE**