IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT D. KORNAGAY,

    Plaintiff,

vs.                                                    Case No.: 3:11cv428/EMT

FLINT GIVEN,
WILLIAM WEEKLY,
ANDREW SLATTERY,
CRAIG SMITH
and WARREN FENNER,

    Defendants.
_____/

# VERDICT

We, the Jury, return the following verdict:

## FAILURE TO PROTECT CLAIM

    1.    Was there a substantial risk to Plaintiff Kornagay that he would be sexually assaulted by Mr. Pope on July 8, 2010?

    _____ YES    ___X___ NO

*[If your answer to question 1 is yes, answer the remaining questions as instructed. If your answer to question 1 is no, skip to the retaliation claim below.]*

FILED IN OPEN COURT THIS

_8/6/14_

CLERK, U.S. DISTRICT
COURT, NORTH DIST. FLA.

2a. Did **DEFENDANT GIVEN** actually know of the risk to Plaintiff Kornagay from Mr. Pope?

_____ YES     _____ NO

*[If yes, answer 2b. If no, skip to question 3.]*

2b. Did Defendant Given disregard that risk or fail to take reasonable measures to protect Plaintiff Kornagay in response to that risk?

_____ YES     _____ NO

*[If yes, answer 2c. If no, skip to question 3.]*

2c. Did Defendant Given's conduct cause Plaintiff Kornagay's injuries?

_____ YES     _____ NO

*[If yes, answer 2d. If no, skip to question 3.]*

2d. Were the injuries caused to Plaintiff Kornagay by Defendant Given's conduct more than minimal?

_____ YES     _____ NO

*[If yes, answer 2e, 2f, and 2g. If no, skip to question 2g.]*

    2e.    What amount of compensatory damages, if any, do you award to Plaintiff Kornagay for Defendant Given's violation of the Eighth Amendment?

    $ _____

    2f.    Did Defendant Given act with a malicious purpose or in a manner showing wanton and willful disregard of human rights?

    _____ YES     _____ NO

If yes, what punitive damages do you award?  $_____

    2g.    Do you award $1 in nominal damages to Plaintiff Kornagay for Defendant Given's violation of the Eighth Amendment?

    _____ YES     _____ NO

    3a.    Did **DEFENDANT SLATTERY** actually know of the risk to Plaintiff Kornagay from Mr. Pope?

    _____ YES     _____ NO

*[If yes, answer 3b. If no, skip to question 4.]*

    3b.    Did Defendant Slattery disregard that risk or fail to take reasonable measures to protect Plaintiff Kornagay in response to that risk?

            _____ YES           _____ NO

*[If yes, answer 3c. If no, skip to question 4.]*

    3c.    Did Defendant Slattery's conduct cause Plaintiff Kornagay's injuries?

            _____ YES           _____ NO

*[If yes, answer 3d. If no, skip to question 4.]*

    3d.    Were the injuries caused to Plaintiff Kornagay by Defendant Slattery's conduct more than minimal?

            _____ YES           _____ NO

*[If yes, answer 3e, 3f, and 3g. If no, skip to question 3g.]*

    3e.    What amount of compensatory damages, if any, do you award to Plaintiff Kornagay for Defendant Slattery's violation of the Eighth Amendment?

        $ _____

    3f.    Did Defendant Slattery act with a malicious purpose or in a manner showing wanton and willful disregard of human rights?

    _____ YES      _____ NO

If yes, what punitive damages do you award? $_____

    3g.    Do you award $1 in nominal damages to Plaintiff Kornagay for Defendant Slattery's violation of the Eighth Amendment?

    _____ YES      _____ NO

    4a.    Did **DEFENDANT WEEKLY** actually know of the risk to Plaintiff Kornagay from Mr. Pope?

    _____ YES      _____ NO

*[If yes, answer 4b. If no, skip to question 5.]*

    4b.    Did Defendant Weekly disregard that risk or fail to take reasonable measures to protect Plaintiff Kornagay in response to that risk?

    _____ YES      _____ NO

*[If yes, answer 4c. If no, skip to question 5.]*

    4c.    Did Defendant Weekly's conduct cause Plaintiff Kornagay's injuries?

        _____ YES         _____ NO

*[If yes, answer 4d. If no, skip to question 5.]*

    4d.    Were the injuries caused to Plaintiff Kornagay by Defendant Weekly's conduct more than minimal?

        _____ YES         _____ NO

*[If yes, answer 4e, 4f, and 4g. If no, skip to question 4g.]*

    4e.    What amount of compensatory damages, if any, do you award to Plaintiff Kornagay for Defendant Weekly's violation of the Eighth Amendment?

        $_____

    4f.    Did Defendant Weekly act with a malicious purpose or in a manner showing wanton and willful disregard of human rights?

        _____ YES         _____ NO

    If yes, what punitive damages do you award? $_____

4g. Do you award $1 in nominal damages to Plaintiff Kornagay for Defendant Weekly's violation of the Eighth Amendment?

_____ YES        _____ NO

5a. Did **DEFENDANT FENNER** actually know of the risk to Plaintiff Kornagay from Mr. Pope?

_____ YES        _____ NO

*[If yes, answer 5b. If no, skip to question 6.]*

5b. Did Defendant Fenner disregard that risk or fail to take reasonable measures to protect Plaintiff Kornagay in response to that risk?

_____ YES        _____ NO

*[If yes, answer 5c. If no, skip to question 6.]*

5c. Did Defendant Fenner's conduct cause Plaintiff Kornagay's injuries?

_____ YES        _____ NO

*[If yes, answer 5d. If no, skip to question 6.]*

5d. Were the injuries caused to Plaintiff Kornagay by Defendant Fenner's conduct more than minimal?

_____ YES        _____ NO

*[If yes, answer 5e, 5f, and 5g. If no, skip to question 5g.]*

5e. What amount of compensatory damages, if any, do you award to Plaintiff Kornagay for Defendant Fenner's violation of the Eighth Amendment?

$ _____

5f. Did Defendant Fenner act with a malicious purpose or in a manner showing wanton and willful disregard of human rights?

_____ YES        _____ NO

If yes, what punitive damages do you award?  $_____

5g. Do you award $1 in nominal damages to Plaintiff Kornagay for Defendant Fenner's violation of the Eighth Amendment?

_____ YES        _____ NO

 6a. Did **DEFENDANT SMITH** actually know of the risk to Plaintiff Kornagay from Mr. Pope?

  _____ YES   _____ NO

*[If yes, answer 6b. If no, skip to question 7.]*

 6b. Did Defendant Smith disregard that risk or fail to take reasonable measures to protect Plaintiff Kornagay in response to that risk?

  _____ YES   _____ NO

*[If yes, answer 6c. If no, skip to question 7.]*

 6c. Did Defendant Smith's conduct cause Plaintiff Kornagay's injuries?

  _____ YES   _____ NO

*[If yes, answer 6d. If no, skip to question 7.]*

 6d. Were the injuries caused to Plaintiff Kornagay by Defendant Smith's conduct more than minimal?

  _____ YES   _____ NO

*[If yes, answer 6e, 6f, and 6g. If no, skip to question 6g.]*

6e.   What amount of compensatory damages, if any, do you award to Plaintiff Kornagay for Defendant Smith's violation of the Eighth Amendment?

$ _____

6f.   Did Defendant Smith act with a malicious purpose or in a manner showing wanton and willful disregard of human rights?

_____ YES          _____ NO

If yes, what punitive damages do you award?  $_____

6g.   Do you award $1 in nominal damages to Plaintiff Kornagay for Defendant Smith's violation of the Eighth Amendment?

_____ YES          _____ NO


**RETALIATION CLAIM**

1.   Prior to, or on, July 8, 2010, did **DEFENDANT GIVEN** know that Plaintiff Kornagay had used, or intended to use, the prison grievance system?

____✓____ YES          _____ NO

*[If your answer to question 1 is yes, please continue answering the form. If your answer to question 1 is no, please have the foreperson sign the form.]*

10

2. Was Plaintiff Kornagay's attempt to use the prison grievance system made in good faith as a legitimate exercise of his constitutional rights?

_____ YES      ✓ _____ NO

*[If your answer to question 2 is yes, please continue answering the form. If your answer to question 2 is no, please have the foreperson sign the form.]*

3. On July 8, 2010, did Defendant Given intentionally retaliate against Plaintiff Kornagay by knowingly allowing him to be sexually assaulted because of Mr. Kornagay's use of the prison grievance system?

_____ YES      _____ NO

*[If your answer to question 3 is yes, please answer questions 4. If your answer to question 3 is no, please have the foreperson sign the form.]*

4. 4. Do you award $1 in nominal damages to Plaintiff Kornagay for violation of the First Amendment?

_____ YES      _____ NO

SO SAY WE ALL this __6__ day of August. 2014.

_____
FOREPERSON